UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 21cr10053 |
| ) | |
| v. ) | Violations: |
| ) | |
| TARESSA HIGHTOWER ) | Counts One - Two: Filing a False Tax Return |
| ) | (26 U.S.C. § 7206(1)) |
| Defendant ) | |

INFORMATION

At all times relevant to this Information:

General Allegations

1. TARESSA HIGHTOWER ("HIGHTOWER") resided in Atlanta, Georgia.

2. Jonathan Ace ("J. Ace") resided in Massachusetts and had a family relationship with HIGHTOWER.

3. Palestine Ace ("P. Ace") also resided in Massachusetts and was married to J. Ace. In or about and between October 2010 and April 2015, P. Ace was a Senior Vice President at Bank of America ("BOA") in Boston, Massachusetts.

4. The S. Janel Bullock 24 Foundation, Inc. (formerly known as the Young Girlz & Boyz Foundation Inc. (the "YG&B Foundation")) was a Georgia nonprofit foundation organized by HIGHTOWER on or about October 15, 2013. In or about August 2014, HIGHTOWER sought and obtained approval from the Internal Revenue Service ("IRS") to operate the YG&B Foundation as a tax-exempt charitable organization under Section 501(c)(3) of the Internal Revenue Code.

5. The Young Girlz & Boyz, LLC (the "YG&B LLC") was a Georgia Limited Liability Company ("LLC") organized by HIGHTOWER on or about September 14, 2012. HIGHTOWER was the owner and sole member of the YG&B LLC.

6. Both the YG&B Foundation and YG&B LLC purported to be non-profit organizations serving underprivileged youth in the Atlanta area. Hightower personally ran and operated both the YG&B Foundation and YG&B LLC.

### The Federal Tax Requirements

7. The IRS is an agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States.

8. The tax laws of the United States require every citizen and resident of the United States who receives income in excess of the minimum filing amount established by law for a particular tax year to annually make and file a personal income tax return for that tax year.

9. Individuals such as HIGHTOWER are required to prepare and file personal income tax returns using IRS Form 1040 to accurately report, among other matters, all gross income from whatever source derived, and all expenses incurred during that tax year.

10. LLCs and nonprofit organizations must also file annual tax returns with the IRS and report, among other things, revenue from whatever source derived, and all business expenses incurred during that tax year.

11. Depending on the elections made by the LLC and the number of members, the entity may be treated as either a corporation, partnership, or as part of the owner's tax return (a "disregarded entity"). If a single-member LLC, such as the YG&B LLC, does not elect to be treated as a corporation, the LLC is considered a disregarded entity, and the LLC's activities should

be reflected on its owner's federal tax return – specifically on a separate schedule to the owner's Form 1040, such as a Schedule C (Profit or Loss From Business).

12. Tax-exempt organizations, such as the YG&B Foundation are required to file annual tax returns with the IRS using IRS Form 990 (Return of Organization Exempt From Income Tax).

13. For tax year 2013, HIGHTOWER filed an individual income tax return with the IRS with the assistance of an accountant.  For tax year 2014, HIGHTOWER personally prepared and filed an individual income tax return; however, the return on behalf of the YG&B Foundation was filed with the assistance of an accountant.  For each of the tax years in which HIGHTOWER filed or caused to be filed an individual or corporate tax return, HIGHTOWER declared, under penalty of perjury, that the information submitted in each of the tax years was true, correct, and complete.

## P. Ace's and J. Ace's Fraud Scheme

14. Beginning in approximately October 2010, and continuing until about April 2015, P. Ace and J. Ace, together with others known and unknown to the U.S. Attorney, engaged in an embezzlement and kickback scheme to defraud BOA of approximately $2.7 million using fraudulent donations to non-profit organizations. As part of the scheme, P. Ace used her position at BOA to misappropriate funds from BOA and transfer the money to real and fake non-profit organizations in the Boston and Atlanta areas.  After embezzling the money from BOA, P. Ace, J. Ace, and others caused the non-profits to directly or indirectly repay them a portion of the monies as a secret kickback.

The False Tax Returns

15. Beginning in approximately 2010 and continuing until approximately 2015, P. Ace fraudulently caused BOA to transfer nearly $1.72 million to several Atlanta area charitable organizations. Although one of organizations used a portion of the donated funds for charitable purposes, the others, which included the YG&B Foundation and YG&B LLC, spent the majority of the funds on personal expenses unrelated to any charity work.

16. From in or about and between December 2010 and March 2015, the YG&B Foundation and YG&B LLC received a total of approximately $655,000 which had been fraudulently obtained by P. Ace from BOA. At P. Ace and J. Ace's direction, and as a purported condition precedent for receiving the funds, HIGHTOWER returned approximately 25 percent of the monies to P. Ace and J. Ace as a kickback.

17. In 2013, the YG&B LLC received approximately $100,000 in funds from BOA. On or about May 7, 2014, HIGHTOWER filed a personal income tax return Form 1040 for the 2013 tax year in which she accurately reported $100,000 in income on her Schedule C, but falsely and fraudulently reported a total of approximately $98,000 of non-existent and/or inflated business expenses, resulting in a taxable profit of less than $500. On or about December 12, 2016, HIGHTOWER filed an amended return for 2013 in which she reported the same figures, but added a dependent.

18. In 2014, the YG&B LLC received approximately $100,000 and the YG&B Foundation received approximately $165,000 in funds from BOA. On or about April 10, 2015, HIGHTOWER filed a personal income tax return Form 1040 for the 2014 tax year in which she accurately reported $100,000 in income to the YG&B LLC on her Schedule C, but falsely and

fraudulently reported approximately $95,600 of non-existent and/or inflated business expenses, resulting in a taxable profit of less than $4,400.  HIGHTOWER's 2014 income tax return also omitted income received by HIGHTOWER from the YG&B Foundation in the form of money received from and/or spent by the entity for her benefit.

19. For the 2014 tax year, HIGHTOWER also filed a Form 990-EZ corporate return on behalf of the YG&B Foundation in which she falsely reported $120,000 in income from BOA (instead of $165,000) and falsely and fraudulently reported approximately $79,200 of non-existent and/or inflated business expenses.

## COUNTS ONE - TWO
### Filing a False Tax Return
### (26 U.S.C. § 7206(1))

The United States Attorney charges:

20. The United States Attorney re-alleges and incorporates by reference paragraphs 1-19 of this Information.

21. On or about the dates set forth below, in the Northern District of Georgia, and elsewhere, the defendant,

### TARESSA HIGHTOWER,

did willfully make and subscribe U.S. Individual Tax returns, for tax years 2013 and 2014, which were verified by written declarations that they were made under the penalties of perjury, and which returns the defendant did not believe to be true and correct as to every material matter in that the defendant falsely inflated business expenses and failed to accurately report income received from the YG&B LLC and YG&B Foundation.

| Count | Approximate Date | False Federal Tax Return |
|---|---|---|
| 1 | April 10, 2015 | Form 1040 for tax year 2014, reporting purported total income of $32,591. |
| 2 | December 12, 2016 | Amended Form 1040 for tax year 2013, reporting purported total income of $36,171. |

All in violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted this _11th_ day of February, 2021.

                        ANDREW E. LELLING
                        United States Attorney

              By: _/s/ Jordi de Llano_
                        JORDI DE LLANO
                        ASSISTANT U. S. ATTORNEY