# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** III     **Investigating Agency** FBI/IRS

**City** Boston     **Related Case Information:**

**County** Suffolk

- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant X
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Taressas Hightower     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** (City & State) Grayson, GA

**Birth date (Yr only):** 1960    **SSN (last4#):** 2904    **Sex:** F    **Race:** Black    **Nationality:** USA

**Defense Counsel if known:** Jay L. Strongwater     **Address:** One Midtown Plaza

**Bar Number:** _____     1360 Peachtree Street, Suite 910

Atlanta, Georgia 30309

## U.S. Attorney Information:

**AUSA:** Jordi de Llano     **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 02/11/2021     **Signature of AUSA:** /s/ Jordi de Llano

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Taressa Hightower

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  26 USC 7206(1) | Filing False Tax Returns | 1-2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013